AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Michael G. McCormick

Defendant

Case: 1:21-mj-00658
Assigned To : Harvey, G. Michael
Assign. Date : 11/16/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael G. McCormick ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. §1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 11/16/2021

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2021.11.16 10:44:24 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

## Return

This warrant was received on *(date)* 11/16/21 , and the person was arrested on *(date)* 11/18/21
at *(city and state)* Orange, CA .

Date: 11/18/21

*Arresting officer's signature*

SA Nicholas Riordan
*Printed name and title*